*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CHAYRA, | CASE NO.: CV 11-9660-GW (CTx) |
| *Plaintiff,* | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| vs. | |
| AUTOMATED SYSTEMS AMERICA, INC., et al., | |
| *Defendants.* | |

GOOD CAUSE appearing therefore,

IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice with each party to bear its own costs.

DATED: March 12, 2012

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT JUDGE

1